# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2014 FEB -3 A 9:29

JON A. SANFILIPPO
CLERK

Richmond Johnny Lee )
_____ )
_____ )
_____ )
(Full Name of Plaintiff or Plaintiffs) )

vs )

I.R.S. )
WI SCTF. )
Federal Treasury Dept. )
_____ )
(Full Name of Defendant or Defendants) )

Case No. **14-C-0105**
(Supplied by Clerk)

## COMPLAINT

### I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court relating to the same occurrence involved in this action?
☐ YES   ☒ NO

B. Have you begun other lawsuits in state or federal court?
☐ YES   ☒ NO

C. If your answer to A or B was YES, provide the requested information below. If there is more than one lawsuit, describe each additional one on a separate sheet of paper, using the same outline.

1. Parties to the previous lawsuit

   Plaintiff(s) _N/A_

   Defendant(s) _____

2. Court in which lawsuit brought (if federal court, name district: if state court, name the county) _N/A_

3. Docket number  N/A

4. Current status (for example: Was the case dismissed? Was it appealed? Is it still pending)?

   N/A

5. Approximate date of filing lawsuit  N/A

6. Approximate date of disposition  N/A

## II. PARTIES

A. Your name (PLAINTIFF) Richmond Johnny Lee

B. Your Address and Phone Number 3424 N 6th St (414) 372-6724
   Milwaukee WI 53212
   (If there is more than one plaintiff, use the margin for extra space if you need it. List the address only if it is different from the address listed above).

C. DEFENDANT (name) Internal Revenue Service.

D. Defendants address

E. Additional DEFENDANTS (names and addresses) WI SCTF.
   Federal Treasury Dept.

## III. STATEMENT OF CLAIM (follow instructions carefully)

State briefly as possible the *essential facts* of your case. Tell what each defendant did to you that caused you to file this suit against them. If you are complaining about more than one wrong, use a separate **numbered** paragraph for each wrong, and describe each wrong in that paragraph and only that paragraph. State only the facts. *Do not give any legal theories or arguments, do not cite any cases or statutes. Do not feel you have to use all the space*. USE NO MORE THAN THE SPACE PROVIDED. THE COURT STRONGLY DISAPPROVES OF STATING CLAIMS OUTSIDE THE SPACE PROVIDED.

Begin statement of claim: The IRS refused my correction attempts of taxed gross income via an unapportioned direct tax.

(2) The IRS is in violation of UCC financing statements #1100022610 And #311-010162.

3) The IRS made it Voluntary Servitude Via the misrepresentation of powers granted by Congress.

(4) The IRS via the collection process for a unapportioned direct tax garnished my domestic non taxable income, Via a Tax payers incometax obligation.

(5) The IRS has used my private Social Security Number as an identifier, publicly without my consent or knowledge and by this has caused loss of use in, my private capacities and, inocent misrepresentation in Contract depositions.

(6) The IRS could NOT produce the law that was violated, for filing Voluntary forms, ~~paying and properly apportioned taxes based upon Title 26.~~ ~~But instead treated my every attempt as frivolous in nature.~~

7) The IRS refused my requests that they define the definition of income tax as applied to my non Taxable earnings.

This form of laying tax and garnishments have taken place for over 32 years including also loss of use damage.

**STATEMENT OF CLAIM-Continued**

U.S. Treasury Department
1) Did'nt exclude my non taxable income from taxable income.
2) The U.S. Treasury administrated in implimentation of an Unaportioned direct tax on my non taxable gross earnings.
3) They garnished my earnings via a fica tax.
4) They didn't honor the indemnity clause of UCC financing statements. 100022 60010 And 311-010162.
5) They failed to protect my private information from public use by making it a public identifier.
6) They have caused me to pay for damages that are not mandatory payment via my domestic labor. And without a Jury trial found me guilty of charges.
7) They have trespassed on Secured party Jurisdiction, Created and caused damages without compensation for loss to plantiffs Properties.
8) They have made my perticipation mandatory Servitude via Unknown Contract changes to the plantiff.
9) There was not fuldiclosure of Contracts Usages by third parties etc.
This has been implimented for over 32 years on the plantiff.

**STATEMENT OF CLAIM-Continued**

WI SCTF; 1) made my private SSN into a public identifier via unauthorized usages.

2) The WI SCTF did not make claim to Alter, change, edit etc the original Contract agreed upon via innocent misrepresentation but made so changes as stated above, for their collection Schemes.

3) Child Support of WI represented my 100% gross domestic earnings as a Source of income, for the collection Scheme, of my private propertys.

4) The WI SCTF via there Judgements on my properties and the removal therof have acted in a Capacity which is not within the powers of their Jurisdiction, to make such laws, or Judgements.

5) The WI SCTF has caused me loss of use to private properties granted to myself, via involuntary Servitude Contract changes, unknown to my self, at the time.

5) WI SCTF refused to acknowledge UCC filings of the Secured party plantiff via #10002260010 and #311-010162. Causing damages due to misuse of plantiffs properties.

**END STATEMENT OF CLAIM**

## IV. RELIEF YOU REQUEST

State exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. DO NOT USE THIS SPACE TO STATE THE FACTS OF YOUR CLAIM. USE IT ONLY TO REQUEST REMEDIES FOR THE INJURIES YOU COMPLAIN ABOUT. Use only the space provided. The court strongly disapproves of requesting remedies outside the space provided.

Waive all statutes of limatations on recovery. Cancelation of all contracts entered into by the plaintiff, due to misrepresentation on defendents actions. The return of any property known or unknown belonging to the plantiff with interest.
An award of punitive damages.
Payment according to UCC filings indemnity clause in 100022 6 0010 And 311-010162.

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __30th__ day of __January__, __2014__.

Richmond Johnny Lee

AR.

Authorized Rep.
(Signature of Plaintiff(s))